Prob 12
(Rev. 12/04)



**United States District Court
For The
Eastern District of Wisconsin**

U.S.A. vs. Todd A. Dyer
813 Kendall Lane
Lake Geneva, WI 53147

Docket No. 98-00176-001
Register No. 05409-089

**Petition on Probation and Supervised Release**

COMES NOW **Patricia A. Savasta**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Todd A. Dyer**, who was placed on supervision by the Honorable **Rudolph T. Randa**, sitting in the Court at **Milwaukee, WI**, on the **8th** day of **October, 1999**, who fixed the period of supervision at **three** years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Participate in a program of testing and residential or outpatient treatment for drug and alcohol abuse, as directed by the probation officer, until such time as he is released from the program by the probation officer. He is to refrain from use of all alcoholic beverages throughout the period of this supervision. He shall pay the cost of this program, as directed by the probation officer.

2. Not hold employment having fiduciary responsibilities during the term of supervision without notifying the employer of his conviction.

3. Not open any new lines of credit or use existing credit, without previous approval from the probation officer.

4. Provide access to all financial information to the probation officer.

5. Participate in a mental health treatment program and take any and all prescribed medications, as directed by the treatment provider and participate in any psychological/psychiatric evaluation and counseling, as directed by the probation officer.

6. Pay any balance of the restitution and fine at a rate of no less than $100.00 per month.

Copy mailed to attorneys for Defendant + Government
parties by the Court pursuant
to Rule 49(c) Federal Rules of
Criminal Procedure. cc: US probation

7.  On 12/14/06, the Court modified conditions of supervised release to include that Mr. Dyer comply with the conditions of home confinement for a period not to exceed 60 consecutive days. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer. If violations occur the defendant may be placed in lock down status (restricted to their residence at all times) for one or more days with Court approval. The defendant will maintain a telephone at his place of residence without "call forwarding," "a modem," "caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an Electronic Monitoring device and follow Electronic Monitoring procedures, as approved by the supervising probation officer. The defendant shall pay the cost of this program, under the guidance and supervision of the supervising probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:** Mr. Dyer is due to discharge from supervision on 12/20/07, and continues to owe $2,230,303.28 in restitution and a $12,500.00 fine.

**PRAYING THAT THE COURT WILL ORDER Mr. Dyer to discharge with obligations owing, as he has signed a payment agreement with the Department of Justice to continue paying until the obligation is paid in full.**

ORDER OF COURT

Considered and ordered this 10th day of December, 2007, and ordered filed and made a part of the records in the above case.

_____
Rudolph T. Randa
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Patricia A. Savasta
U. S. Probation Officer

Place: Milwaukee, WI

Executed On: December 7, 2007