

U.S. Department of Justice

United States Attorney
Eastern District of Wisconsin

---

517 East Wisconsin Avenue  414/ 297-1700
Milwaukee, WI 53202

May 5, 2009

Katherine M. Maxwell
Clerk of the Courts Office
United States District Court
for the Eastern District of Wisconsin
517 E. Wisconsin Avenue,
Room 361 Milwaukee, WI 53202

      Re:    Substitution of Counsel in the case of <u>U.S. v. Todd A. Dyerl</u>
              Case No. 98-CR-00176

Dear Ms. Maxwell:

    Please change your records to reflect that Mel S. Johnson, Assistant United States Attorney will now be handling the above-captioned case.

    Thank you for our assistance in this matter. If you have any questions please feel free to contact me at (414) 297-1700.

              Sincerely,

              MICHELLE L.JACOBS
              Acting United States Attorney

    By:    s/ Mel S. Johnson

            MEL S. JOHNSON
            Assistant United States Attorney