

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*517 East Wisconsin Avenue*  *414 / 297-1700*

*Milwaukee, WI 53202*

June 1, 2009

Honorable Rudolph T. Randa
Chief United States District Judge
310 U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

Re: *United States v. Dyer*, 98-CR-176

Dear Judge Randa:

Please accept this as the response to Todd Dyer's motion resisting the government's attempts to obtain a his sworn financial statement. The government is withdrawing its request from Mr. Dyer and this Court should deny his motion as moot. Because there is no legal basis for our collections unit to require Mr. Dyer to comply with the request we will pursue alternate means under the Federal Rules of Civil procedure (deposition, interrogatories, etc.) to obtain the information we seek such to ensure his compliance with the Court's order of restitution.

Thank you for your attention to this matter.

        Very truly yours,

        MICHELLE L. JACOBS
        Acting United States Attorney

By:

        s/JOSEPH R. WALL
        Assistant United States Attorney
        Joseph R. Wall Bar Number: 1009796
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, WI 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-1738
        E-Mail: Joseph.Wall@usdoj.gov

cc: Todd Dyer